MRM:CPK
F. #2023R00850

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------X

UNITED STATES OF AMERICA

- against -

GLADIMIR ALEXANDER YANEZ ACOSTA,

　　　　Defendant.

---------------------------X

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ NOV 9 2023 ★

LONG ISLAND OFFICE

INDICTMENT

Cr. No. **CR 23 494**
(T. 8, U.S.C., §§ 1326(a) and 1326(b)(1);
T. 18, U.S.C., §§ 3551 et seq.)

**CHOUDHURY, J.**

**LINDSAY, M.J.**

THE GRAND JURY CHARGES:

<u>COUNT ONE</u>
(Illegal Reentry)

On or about November 1, 2023, within the Eastern District of New York, the defendant GLADIMIR ALEXANDER YANEZ ACOSTA, an alien who had previously been deported and removed from the United States after a conviction for the commission of a felony, was found in the United States, without the Attorney General of the United States and the Secretary of the United States Department of Homeland Security having expressly consented to such alien's applying for admission.

(Title 8, United States Code, Sections 1326(a) and 1326(b)(1); Title 18, United States Code, Sections 3551 et seq.)

　　　　　　　　　　　　　　　　　A TRUE BILL

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　FOREPERSON

_____
BREON PEACE
UNITED STATES ATTORNEY
EASTERN DISTRICT OF NEW YORK

F.#: 2023RO00600
FORM DBD-34
JUN. 85

No.

# UNITED STATES DISTRICT COURT

EASTERN *District of* NEW YORK

CRIMINAL DIVISION

## THE UNITED STATES OF AMERICA

*vs.*

GLADIMIR ALEXANDER YANEZ ACOSTA,

Defendant.

# INDICTMENT

(T. 8, U.S.C., §§ 1326(a) and 1326(b)(1); T. 18, U.S.C., 3551 et seq.)

*A true bill.*

_____
                                                                                   *Foreperson*

*Filed in open court this* _____ *day,*

*of* _____ *A.D. 20* _____

_____
                                                                                          *Clerk*

*Bail, $* _____

*Charles P. Kelly, Assistant U.S. Attorney (631) 715-7866*